UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH D'ALESSANDRO, III,
    Plaintiff,

v.                                          Case No.: 3:23cv21444/TKW/ZCB

CAPTAIN CARTER, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This is a *pro se* prisoner civil rights case. Defendants Carter, McLean, and Wade have moved to dismiss Plaintiff's claim for punitive damages. (Doc. 26). Plaintiff has agreed to the dismissal of his punitive damages claim. (Doc. 28).[1] Because Plaintiff has agreed to the dismissal of his punitive damages claim, it is respectfully **RECOMMENDED** that (1) Defendant's motion to dismiss (Doc. 26) be **GRANTED**, and (2) this case be returned to the undersigned for further proceedings.

---

[1] In Plaintiff's two-page response, he states that he "does not disagree with the Defendants on this Court dismissing only the relief requests of punitive damages against all six Defendants named in his Complaint." (Doc. 28 at 1). He then says he "agrees that only his punitive damages relief requested . . . in his Amended Complaint be dismissed[.]" (*Id.* at 2).

1

At Pensacola, Florida this 3rd day of April 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### Notice to the Parties

Objections must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.