UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH D'ALESSANDRO, III,
    Plaintiff,

vs.                      Case No.: 3:23cv21444/TKW/ZCB

CAPTAIN CARTER, et al.,
    Defendants.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 33). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff's claim for punitive damages should be dismissed because Plaintiff expressly agreed to the dismissal of that claim for relief. *See* Doc. 28.[1] Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] The dismissal of this claim for relief applies to all Defendants, including the one who recently filed a notice (Doc. 38) adopting the other defendants' partial motion to dismiss, because as noted in the Report and Recommendation, Plaintiff specifically agreed to the dismissal of the "requests of punitive damages against all six defendants named in his complaint."

1

2.  Defendants' motion to dismiss (Doc. 26) is **GRANTED** and Plaintiff's punitive damages claim **DISMISSED**.

3.  This case is returned to the magistrate judge for further proceedings.

**DONE and ORDERED** this 26th day of April, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**