UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH D'ALESSANDRO, III,
    Plaintiff,

vs.                                      Case No.: 3:23cv21444/TKW/ZCB

CAPTAIN CARTER, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 41).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the summons issued to Defendant Lowery should be quashed but that the claims against him should not be dismissed at this point.  Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Lowery's motion to quash and dismiss (Doc. 36) is **GRANTED in part** insofar as the summons issued on March 26, 2024 (Doc. 32) is **QUASHED**.  The motion is otherwise **DENIED**.

1

3.      The Clerk shall re-issue a summons for Defendant Lowery and the U.S. Marshals Service shall personally serve the summons in accordance the procedure outlined in the Report and Recommendation—Doc. 41 at 6-7 (¶¶2-4).

**DONE and ORDERED** this 20th day of May, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**